IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM SHEELEY                                                                PLAINTIFF

v.                           Civil No. 2:19-CV-02007

STATE OF ARKANSAS, DEPUTY                                          DEFENDANTS
PROSECUTING ATTORNEY MARK
JOHNSON and PUBLIC DEFENDER
AUBREY BARR

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITHOUT PREJUDICE**. This case constitutes a strike pursuant to 28 U.S.C. § 1915(g) and the Clerk is DIRECTED to place a § 1915 strike flag on the case.

IT IS SO ORDERED this 4th day of March 2019.

/s/ P. K. Holmes, III
P. K. HOLMES, III
U.S. DISTRICT JUDGE