IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM SHEELEY                                                          PLAINTIFF

v.                              Civil No. 2:19-CV-02007

STATE OF ARKANSAS, DEPUTY                           DEFENDANTS
PROSECUTING ATTORNEY MARK
JOHNSON and PUBLIC DEFENDER
AUBREY BARR

## AMENDED JUDGMENT

For the reasons stated in the Order filed this date, this case is **DISMISSED WITH PREJUDICE**. This case constitutes a strike pursuant to 28 U.S.C. § 1915(g) and the Clerk is DIRECTED to place a § 1915 strike flag on the case.

IT IS SO ORDERED this 5th day of March 2019.

                                                                          /s/ P. K. Holmes, III
                                                                          P. K. HOLMES, III
                                                                          U.S. DISTRICT JUDGE